FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2017 DEC 27 PM 2:00

CLERK-SANTA FE

# United States District Court
## District of New Mexico

G. Fuentes,            )
                       )
    Plaintiff,   )
                       )
v.                     )   Case No. MC 17-60 JB
                       )
Brian Dempsey,         )
                       )
    Defendant.   )
                       )

NOTICE

to

OPEN CASE FILE

KNOW ALL YE BY THESE PRESENTS of the opening of a case file for the purpose of recording letters, documents or other as it pertains to debt validation.

Verified by:

_[signature]_
G. Fuentes
120 Federal Place
#179
Santa Fe, NM 87501

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| G. Fuentes | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Brian Dempsey | ) | |
| | ) | |
| Defendant. | ) | |

### CASE FILE

1) Purpose Debt Validation.
2) FDCPA, 15 U.S.C. § 1692 et seq.
3) For other property.
4) Filer reserves the right to amend, modify, supplement over a period of 120 days.
5) The initial filing makes reference to: RMBS Settlement Agreement Letter Exhibit A.
6) Filer will contact the court clerk with additional miscellaneous filings as deemed appropriate.
7) Filer requires ninety days notice, prior to the judiciary changing the status of this miscellaneous case.

Verified by:

_____
G. Fuentes
120 Federal Place
#179
Santa Fe, NM 87501

## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

M. WILLIAM MUNNO
PARTNER
(212) 574-1587
munno@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

June 26, 2012

**VIA FEDERAL EXPRESS**

Financial Guaranty Insurance Company
125 Park Avenue
New York, New York 10017



Attention of Walter Wohr
           Managing Director

   Re:   RMBS Trust Settlement Agreement with Residential
         Capital, LLC

Dear Mr. Wohr:

   We represent U.S. Bank National Association, solely in its capacity as Trustee under the Pooling and Servicing Agreements (the "PSAs") for approximately 300 RMBS Securitization Trusts (in such capacity, "U.S. Bank"), in connection with the Chapter 11 cases of Residential Capital, LLC and its direct and indirect subsidiaries (collectively, "ResCap").

   We have your letter dated May 25, 2012 (the "Letter") stating that FGIC does not authorize U.S. Bank to vote in favor of, or opt into, the RMBS Trust Settlement Agreement with ResCap with respect to the 8 Trusts identified on Exhibit B to the Letter.

   FGIC notes in its letter that it has not made payments under its policies relating to the 8 Trusts in accordance with an order issued by the New York Superintendent of Insurance (the "1310 Order").

   Please provide us with a copy of the 1310 Order. Please explain how the 1310 Order, in your view, preserves FGIC's rights under the applicable PSAs to provide any instruction to U.S. Bank.

Financial Guaranty Insurance Company
June 26, 2012
Page 2

We look forward to your response.

Thank you.

Sincerely,

*M. William Munno*

M. William Munno

caw



Amherst' Securities Group LP

## Appendix 1 (con't.): Expected Settlement Allocation Versus Expected Losses

| Bloomberg Name | Product | Vintage | Shelf | Original Total Balance | Unpaid Principal Balance (UPB) | Non-Performing Balance (60+ DQ) | Re-Performing Balance | Total Loss Amount to Date | Total Liquidation to Date | Expected Total Default - Crude Methodology | Expected Total Loss - Crude Methodology | Settlement Allocation | Percent UPB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CWALT 2005-9CB | Alt A | 2005 | CWALT | 626,189,722 | 265,277,207 | 45,003,244 | 21,067,867 | 7,411,830 | 16,740,764 | 69,834,401 | 40,892,324 | 4,601,935 | 2% |
| CWALT 2005-AR1 | Alt A | 2005 | CWALT | 771,837,744 | 193,191,320 | 113,664,099 | 41,391,338 | 129,240,661 | 219,836,542 | 346,969,034 | 214,419,431 | 24,130,308 | 12% |
| CWALT 2005-J1 | Alt A | 2005 | CWALT | 892,034,727 | 246,002,091 | 34,400,816 | 18,481,309 | 5,213,917 | 16,116,950 | 58,166,469 | 26,238,676 | 2,952,845 | 1% |
| CWALT 2005-J10 | Alt A | 2005 | CWALT | 514,674,571 | 274,734,288 | 58,981,740 | 28,488,290 | 13,204,590 | 28,845,143 | 99,021,682 | 53,205,217 | 5,987,602 | 2% |
| CWALT 2005-J11 | Alt A | 2005 | CWALT | 615,648,095 | 276,360,674 | 63,646,826 | 29,389,515 | 14,071,907 | 30,262,875 | 105,178,727 | 59,021,419 | 6,642,145 | 2% |
| CWALT 2005-J12 | Alt A | 2005 | CWALT | 612,376,166 | 157,913,949 | 73,480,914 | 30,370,090 | 77,469,811 | 132,634,695 | 216,989,573 | 135,674,676 | 15,268,540 | 10% |
| CWALT 2005-J13 | Alt A | 2005 | CWALT | 252,019,033 | 135,639,283 | 27,825,916 | 9,952,786 | 5,961,519 | 14,424,745 | 45,439,741 | 18,057,367 | 2,032,138 | 1% |
| CWALT 2005-J14 | Alt A | 2005 | CWALT | 511,565,971 | 280,800,940 | 64,499,758 | 26,470,865 | 17,264,449 | 33,649,533 | 107,581,834 | 57,927,215 | 6,519,006 | 2% |
| CWALT 2005-J2 | Alt A | 2005 | CWALT | 641,011,747 | 250,917,669 | 46,707,164 | 21,978,782 | 7,833,376 | 20,590,485 | 75,814,202 | 38,758,658 | 4,361,817 | 2% |
| CWALT 2005-J3 | Alt A | 2005 | CWALT | 515,794,949 | 211,002,576 | 39,404,263 | 15,555,624 | 5,431,375 | 13,764,043 | 57,661,254 | 25,185,120 | 2,834,280 | 1% |
| CWALT 2005-J4 | Alt A | 2005 | CWALT | 677,948,085 | 111,674,483 | 37,751,378 | 13,853,176 | 24,768,435 | 52,254,803 | 94,542,949 | 54,370,138 | 6,118,700 | 5% |
| CWALT 2005-J5 | Alt A | 2005 | CWALT | 316,165,779 | 140,703,697 | 26,911,372 | 12,869,943 | 4,297,340 | 10,933,731 | 42,875,932 | 19,629,596 | 2,209,073 | 2% |
| CWALT 2005-J6 | Alt A | 2005 | CWALT | 193,028,152 | 82,912,915 | 13,018,170 | 4,993,484 | 1,696,831 | 4,235,144 | 18,947,587 | 8,905,932 | 1,002,255 | 1% |
| CWALT 2005-J7 | Alt A | 2005 | CWALT | 252,302,291 | 94,814,505 | 20,255,085 | 7,878,598 | 2,585,629 | 7,487,687 | 30,444,423 | 16,359,671 | 1,841,083 | 2% |
| CWALT 2005-J8 | Alt A | 2005 | CWALT | 199,045,070 | 96,470,035 | 17,531,024 | 9,307,716 | 1,203,683 | 3,688,282 | 25,050,832 | 8,039,699 | 904,771 | 1% |
| CWALT 2005-J9 | Alt A | 2005 | CWALT | 271,107,482 | 102,555,048 | 20,499,412 | 7,412,554 | 3,726,461 | 10,502,221 | 33,399,251 | 16,319,828 | 1,836,599 | 2% |
| CWHL 2005-HY10 | Alt A | 2005 | CWHL | 1,032,546,602 | 469,830,636 | 166,285,447 | 55,957,676 | 94,133,938 | 185,503,271 | 363,734,779 | 194,911,318 | 21,933,906 | 5% |
| CWHL 2005-HYB2 | Alt A | 2005 | CWHL | 472,970,468 | 151,989,499 | 43,625,282 | 14,083,122 | 13,816,350 | 36,636,913 | 84,349,540 | 27,653,012 | 3,112,011 | 2% |
| CWHL 2005-HYB3 | Alt A | 2005 | CWHL | 597,281,233 | 208,940,624 | 62,289,020 | 18,538,846 | 14,304,376 | 39,746,908 | 106,930,333 | 41,849,581 | 4,709,663 | 2% |
| CWHL 2005-HYB4 | Alt A | 2005 | CWHL | 809,346,321 | 275,338,789 | 87,841,230 | 29,533,825 | 42,621,301 | 97,835,640 | 194,613,042 | 89,074,454 | 10,024,250 | 4% |
| CWHL 2005-HYB5 | Alt A | 2005 | CWHL | 807,438,833 | 356,950,267 | 94,564,603 | 27,940,366 | 26,014,036 | 64,394,540 | 166,266,903 | 65,774,257 | 7,402,095 | 2% |
| CWHL 2005-HY6 | Alt A | 2005 | CWHL | 1,010,789,744 | 443,416,901 | 125,288,979 | 43,096,805 | 50,127,469 | 113,144,640 | 251,762,804 | 109,733,280 | 12,349,150 | 3% |
| CWHL 2005-HYB7 | Alt A | 2005 | CWHL | 1,043,549,476 | 420,910,473 | 152,115,676 | 48,765,223 | 70,158,439 | 160,660,553 | 326,823,795 | 149,916,845 | 16,871,324 | 4% |
| CWHL 2005-HYB8 | Alt A | 2005 | CWHL | 603,267,102 | 278,780,626 | 90,580,946 | 31,622,333 | 25,750,671 | 62,696,705 | 163,192,957 | 75,998,796 | 8,552,743 | 3% |
| CWHL 2005-HYB9 | Alt A | 2005 | CWHL | 1,145,041,031 | 497,972,736 | 151,345,841 | 41,627,114 | 75,192,724 | 160,869,675 | 322,057,201 | 154,174,612 | 17,350,484 | 3% |
| CWL 2005-1M1 | Alt A | 2005 | CWL | 874,690,922 | 180,059,681 | 89,814,106 | 25,136,483 | 65,860,137 | 141,257,717 | 237,172,303 | 132,041,201 | 14,859,637 | 8% |
| CWALT 2006-11CB | Alt A | 2006 | CWALT | 774,360,688 | 352,391,586 | 138,177,633 | 42,147,299 | 64,861,241 | 116,308,328 | 265,956,577 | 160,636,120 | 18,077,648 | 5% |
| CWALT 2006-12CB | Alt A | 2006 | CWALT | 632,081,515 | 317,347,338 | 107,960,670 | 36,190,017 | 40,271,298 | 69,126,215 | 188,004,828 | 115,164,824 | 12,960,405 | 4% |
| CWALT 2006-13T1 | Alt A | 2006 | CWALT | 500,325,130 | 229,865,297 | 76,462,193 | 35,510,013 | 27,882,316 | 66,743,293 | 156,865,274 | 66,634,768 | 7,498,935 | 3% |
| CWALT 2006-14CB | Alt A | 2006 | CWALT | 525,032,687 | 262,866,795 | 79,722,832 | 28,312,401 | 30,916,883 | 57,600,528 | 146,338,518 | 81,497,537 | 9,171,560 | 3% |
| CWALT 2006-15CB | Alt A | 2006 | CWALT | 372,014,392 | 182,353,484 | 83,185,033 | 22,660,923 | 31,903,085 | 54,074,735 | 142,537,822 | 83,216,673 | 9,365,028 | 5% |
| CWALT 2006-16CB | Alt A | 2006 | CWALT | 315,030,526 | 171,878,289 | 55,788,522 | 17,773,128 | 16,724,190 | 30,948,773 | 91,822,320 | 49,595,906 | 5,581,418 | 3% |
| CWALT 2006-17T1 (sold) | Alt A | 2006 | CWALT | 480,210,350 | 231,841,344 | 90,799,344 | 29,174,377 | 37,204,041 | 76,544,028 | 175,768,064 | 84,831,578 | 9,546,766 | 4% |
| CWALT 2006-18CB | Alt A | 2006 | CWALT | 1,050,351,158 | 548,601,270 | 167,477,086 | 62,681,191 | 54,197,857 | 95,511,611 | 283,849,703 | 161,550,570 | 18,180,558 | 3% |
| CWALT 2006-19CB | Alt A | 2006 | CWALT | 1,571,568,408 | 820,338,084 | 212,118,700 | 84,425,875 | 60,681,430 | 108,835,178 | 350,397,533 | 191,125,102 | 21,508,813 | 3% |
| CWALT 2006-20CB | Alt A | 2006 | CWALT | 559,374,239 | 250,736,335 | 100,917,973 | 32,860,913 | 52,888,837 | 94,001,540 | 204,544,263 | 124,741,607 | 14,038,156 | 6% |
| CWALT 2006-21CB | Alt A | 2006 | CWALT | 525,628,938 | 271,940,496 | 70,775,671 | 27,672,480 | 20,865,621 | 37,878,767 | 118,180,359 | 63,425,465 | 7,137,767 | 3% |
| CWALT 2006-23CB | Alt A | 2006 | CWALT | 998,301,147 | 511,581,269 | 174,650,094 | 55,647,770 | 63,526,560 | 109,015,582 | 299,589,310 | 181,682,271 | 20,446,137 | 4% |
| CWALT 2006-24CB | Alt A | 2006 | CWALT | 888,369,772 | 464,544,049 | 129,009,582 | 40,068,767 | 34,972,165 | 63,265,283 | 203,415,167 | 116,259,098 | 13,083,552 | 3% |
| CWALT 2006-25CB | Alt A | 2006 | CWALT | 523,243,678 | 276,451,720 | 72,859,202 | 28,451,142 | 16,173,947 | 31,155,806 | 113,799,772 | 64,933,888 | 7,307,522 | 3% |
| CWALT 2006-26CB | Alt A | 2006 | CWALT | 400,166,138 | 194,768,354 | 73,650,371 | 24,858,235 | 27,645,002 | 48,422,444 | 129,622,719 | 74,741,161 | 8,411,212 | 4% |
| CWALT 2006-27CB | Alt A | 2006 | CWALT | 313,048,427 | 153,284,327 | 36,628,621 | 16,963,076 | 10,735,148 | 20,102,271 | 63,245,876 | 35,758,438 | 4,024,179 | 3% |
| CWALT 2006-28CB | Alt A | 2006 | CWALT | 524,045,896 | 270,389,873 | 78,384,346 | 37,559,090 | 28,117,857 | 47,818,838 | 140,900,204 | 85,828,304 | 9,658,935 | 4% |
| CWALT 2006-29T1 | Alt A | 2006 | CWALT | 794,511,072 | 381,296,326 | 149,454,971 | 52,314,954 | 56,329,603 | 114,974,247 | 280,872,693 | 142,596,795 | 16,047,541 | 4% |
| CWALT 2006-2CB | Alt A | 2006 | CWALT | 888,889,919 | 464,737,995 | 164,339,633 | 56,475,720 | 65,388,109 | 121,922,826 | 303,713,928 | 170,826,948 | 19,224,502 | 4% |
| CWALT 2006-30T1 | Alt A | 2006 | CWALT | 474,963,208 | 248,947,472 | 86,435,347 | 32,812,635 | 32,829,253 | 68,099,468 | 165,578,861 | 85,468,125 | 9,618,401 | 4% |
| CWALT 2006-31CB | Alt A | 2006 | CWALT | 873,592,351 | 474,109,610 | 145,512,022 | 50,439,533 | 37,433,902 | 68,124,408 | 229,343,947 | 127,719,644 | 14,373,298 | 3% |
| CWALT 2006-32CB | Alt A | 2006 | CWALT | 625,712,585 | 337,025,113 | 91,687,595 | 40,263,073 | 21,358,034 | 37,872,712 | 144,549,391 | 77,896,674 | 8,766,326 | 3% |
| CWALT 2006-33CB | Alt A | 2006 | CWALT | 624,936,801 | 367,560,424 | 118,648,551 | 45,407,544 | 27,323,727 | 49,800,810 | 183,829,032 | 97,018,403 | 10,918,245 | 3% |
| CWALT 2006-34 | Alt A | 2006 | CWALT | 203,062,613 | 128,544,713 | 36,194,895 | 23,328,576 | 12,873,392 | 22,131,908 | 68,704,459 | 38,954,020 | 4,383,803 | 3% |
| CWALT 2006-35CB | Alt A | 2006 | CWALT | 625,433,807 | 361,652,019 | 106,687,102 | 40,767,326 | 31,621,708 | 57,714,802 | 178,193,590 | 97,885,041 | 11,015,775 | 3% |
| CWALT 2006-36T2 | Alt A | 2006 | CWALT | 746,147,776 | 442,031,490 | 160,077,883 | 65,713,619 | 43,794,282 | 90,908,152 | 274,407,018 | 133,708,726 | 15,047,296 | 3% |
| CWALT 2006-39CB | Alt A | 2006 | CWALT | 818,244,036 | 471,484,531 | 154,107,144 | 61,342,488 | 56,898,629 | 95,197,574 | 270,699,496 | 167,464,840 | 18,846,138 | 4% |
| CWALT 2006-40T1 | Alt A | 2006 | CWALT | 600,159,359 | 318,518,705 | 126,325,833 | 41,408,914 | 44,468,333 | 83,900,145 | 227,438,743 | 120,664,612 | 13,579,339 | 4% |
| CWALT 2006-41CB | Alt A | 2006 | CWALT | 1,146,208,681 | 694,101,927 | 195,240,902 | 85,748,151 | 46,267,602 | 85,761,057 | 312,926,759 | 173,480,395 | 19,523,115 | 3% |
| CWALT 2006-42 | Alt A | 2006 | CWALT | 250,078,651 | 160,511,823 | 53,227,233 | 22,209,375 | 18,214,321 | 27,903,995 | 89,134,129 | 58,013,908 | 6,528,762 | 4% |
| CWALT 2006-43CB | Alt A | 2006 | CWALT | 885,442,683 | 495,631,256 | 147,522,058 | 65,794,483 | 56,963,417 | 98,148,836 | 270,395,378 | 162,038,803 | 18,235,504 | 4% |
| CWALT 2006-45T1 | Alt A | 2006 | CWALT | 1,126,721,066 | 643,940,554 | 230,434,971 | 94,534,276 | 87,505,631 | 166,348,968 | 430,461,008 | 238,049,497 | 26,789,585 | 4% |
| CWALT 2006-46 | Alt A | 2006 | CWALT | 300,060,840 | 210,793,504 | 66,183,249 | 31,765,159 | 14,862,461 | 24,407,020 | 104,835,540 | 55,076,721 | 6,198,217 | 3% |
| CWALT 2006-4CB | Alt A | 2006 | CWALT | 691,497,173 | 354,199,316 | 97,843,905 | 31,459,551 | 22,748,849 | 46,895,769 | 153,831,014 | 86,909,997 | 9,780,667 | 3% |
| CWALT 2006-5T2 | Alt A | 2006 | CWALT | 375,653,078 | 182,725,189 | 63,775,729 | 20,747,206 | 16,865,860 | 36,613,011 | 110,959,491 | 59,243,354 | 6,667,121 | 4% |
| CWALT 2006-6CB | Alt A | 2006 | CWALT | 2,185,653,733 | 1,202,470,794 | 328,324,026 | 129,933,237 | 92,677,818 | 178,177,796 | 551,629,361 | 298,076,179 | 33,544,861 | 3% |
| CWALT 2006-7CB | Alt A | 2006 | CWALT | 557,255,542 | 264,767,732 | 100,605,309 | 33,019,922 | 37,487,658 | 66,573,901 | 176,930,632 | 103,701,696 | 11,670,369 | 4% |
| CWALT 2006-8T1 | Alt A | 2006 | CWALT | 360,113,105 | 195,012,090 | 69,950,048 | 18,009,417 | 17,917,769 | 39,848,518 | 113,609,211 | 58,486,151 | 6,581,907 | 3% |
| CWALT 2006-9T1 | Alt A | 2006 | CWALT | 528,727,462 | 267,348,131 | 81,719,838 | 34,043,022 | 30,866,256 | 68,059,017 | 162,032,664 | 76,913,352 | 8,655,665 | 3% |
| CWALT 2006-HY10 | Alt A | 2006 | CWALT | 540,209,975 | 236,756,293 | 107,156,272 | 23,836,304 | 47,504,514 | 100,418,114 | 211,160,511 | 108,412,849 | 12,200,552 | 5% |
| CWALT 2006-HY11 | Alt A | 2006 | CWALT | 447,997,629 | 222,093,534 | 96,905,884 | 26,378,286 | 54,908,133 | 93,174,572 | 196,216,839 | 114,672,648 | 12,905,016 | 6% |
| CWALT 2006-HY12 | Alt A | 2006 | CWALT | 802,618,797 | 410,644,517 | 136,764,213 | 54,137,763 | 61,148,548 | 118,091,879 | 273,662,328 | 140,489,478 | 15,810,388 | 4% |
| CWALT 2006-HY13 | Alt A | 2006 | CWALT | 891,923,875 | 485,876,379 | 157,734,542 | 50,293,506 | 48,159,380 | 109,919,348 | 282,056,540 | 127,342,488 | 14,330,853 | 3% |
| CWALT 2006-HY3 | Alt A | 2006 | CWALT | 254,808,390 | 103,670,950 | 45,263,042 | 11,753,469 | 25,311,982 | 51,518,891 | 99,307,711 | 50,162,168 | 5,645,144 | 5% |
| CWALT 2006-J1 | Alt A | 2006 | CWALT | 792,124,357 | 397,162,747 | 106,251,771 | 36,116,195 | 33,232,668 | 69,017,124 | 186,313,435 | 97,745,638 | 11,000,087 | 3% |
| CWALT 2006-J2 | Alt A | 2006 | CWALT | 248,257,099 | 124,815,711 | 30,771,229 | 11,556,947 | 8,259,732 | 16,049,603 | 50,677,877 | 26,959,001 | 3,033,909 | 2% |
| CWALT 2006-J3 | Alt A | 2006 | CWALT | 258,496,414 | 116,487,952 | 27,330,262 | 11,795,506 | 7,623,110 | 16,519,642 | 48,194,181 | 25,044,106 | 2,818,411 | 2% |
| CWALT 2006-J4 | Alt A | 2006 | CWALT | 432,880,261 | 259,491,168 | 76,522,022 | 28,140,341 | 19,709,790 | 34,932,627 | 120,686,652 | 75,449,906 | 8,490,972 | 3% |
| CWALT 2006-J5 | Alt A | 2006 | CWALT | 429,660,101 | 234,794,516 | 82,363,349 | 29,315,325 | 32,475,162 | 60,585,831 | 152,302,041 | 69,161,646 | 7,783,305 | 3% |

Source: CoreLogic, Amherst Securities as of May 2011

I hereby certify the foregoing is a true and correct copy of the original thereof
by _____

EXHIBIT A p.5?

Amherst Mortgage Insight                              15                              June 30, 2011

## Certificate of Mail

I _Ruthy Salazar_ over the age of majority _18_ verifiy that on _12-26-17_ a copy of the foregoing instrument was sent by prepaid first class mail to:

Brian Wasmer Dempsey
4425 Ponce de Leon Blvd.
5th Floor
Coral Gables, FL 33146